| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>LAW OFFICES OF LEE M. PERLMAN<br>Lee M. Perlman, Esquire<br>Attorneys for Debtor<br>1926 Greentree Road, Suite 100<br>Cherry Hill, NJ  08003<br>856-751-4224 | Case No.:  24-17404 CMG<br><br>Chapter:          13<br><br>Hearing Date: |
| In Re:<br>Kenneth G. Elliott | Judge: Gravelle |

**CERTIFICATION OF SERVICE**

1.  I, Michael Saie:

    _____ represent the debtor in the above captioned matter.

    ___X___ am the secretary / paralegal for ___Lee M. Perlman, who represents the

    debtor(s) in the above captioned matter.

    _____ Am the _____ in the above captioned matter and am

    representing myself.

2.  On ____7/30/2024_____, I sent a copy of the following pleadings and/or

    documents to the parties listed in the chart below: _Chapter 13 Plan_____

    _____.

3.  I hereby certify under penalty of perjury that the above listed documents were sent

    using the mode of service indicated.

Dated:_____7/30/2024_____          ___/s/ Michael Saie___

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>CN 4853<br>Trenton, NJ 08650 | Chapter 13 Trustee | Notice of Electronic Filing (NEF) |
| United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ  07102 | US Trustee | Notice of Electronic Filing (NEF) |
| Attn: President, Registered Agent or person designated to receive service of process<br><br>Attn:  Ally Capital Department<br>AIS Portfolio Services, LLC<br>Account:  XXXXXXXX1149<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118<br><br>Dovenmuehle Mortgage, Inc.<br>Attn: Bankruptcy<br>1 Corporate Dr. St 360<br>Lake Zurich, IL 60047<br><br>First Atlantic Fcu<br>100 Monmouth Park<br>West Long Branch, NJ 07764<br><br>Ally Financial, Inc<br>Attn: Bankruptcy<br>500 Woodard Ave<br>Detroit, MI 48226<br><br>Service Finance Company<br>Attn: Bankruptcy<br>Po Box 2935<br>Gainesville, GA 30503 | Creditor(s) | ___ Hand delivered<br>_X_  Regular mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing (NEF)<br>___ Other _____<br>(as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.