| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>710 Market Street Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Movant<br>AmeriSave Mortgage Corporation | **Order Filed on September 26, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Kenneth George Elliott a/k/a Kenneth G. Elliott<br>Debtor | Case No.:  24-17404 CMG<br><br>Hearing Date: 10/2/2024 @10:00 a.m.<br><br>Judge:  Christine M. Gravelle |

## ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED**

**DATED: September 26, 2024**

_Christine M. Gravelle_
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2
Debtor:          Kenneth George Elliott a/k/a Kenneth G. Elliott
Case No.:        24-17404 CMG
Caption:         **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO
                 DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, AmeriSave Mortgage Corporation, holder of a mortgage on real property located at 432 Eastern Boulevard, Bayville, NJ, 08721, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Lee Martin Perlman, Esquire, attorney for Debtor, Catherine Evans, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtor shall pay the arrearage claim of Secured Creditor in full, which will be filed on or before the bar date of October 3, 2024, (estimate arrears of $1,381.12) through the Chapter 13 plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor is to make post-petition payments in accordance with the terms of the note, mortgage, and notices of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor reserve their right to object to Secured Creditor's proof of claim and notice of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                 Case No. 24-17404-CMG

Kenneth George Elliott                                                                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                             User: admin                                    Page 1 of 2

Date Rcvd: Sep 26, 2024                     Form ID: pdf903                            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                     regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2024:**

**Recip ID              Recipient Name and Address**
db                         +  Kenneth George Elliott, 432 Eastern Blvd, Bayville, NJ 08721-3234

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2024                         Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2024 at the address(es) listed below:**

**Name**                                **Email Address**

Albert Russo
                                            docs@russotrustee.com

Denise E. Carlon
                                            on behalf of Creditor AmeriSave Mortgage Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Lee Martin Perlman
                                            on behalf of Debtor Kenneth George Elliott ecf@newjerseybankruptcy.com
                                            mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Rebecca K. McDowell
                                            on behalf of Creditor First Atlantic Federal Credit Union rmcdowell@slgcollect.com  anovoa@slgcollect.com

Robert L. Saldutti
                                            on behalf of Creditor First Atlantic Federal Credit Union rsaldutti@saldutticollect.com
                                            lmarciano@saldutticollect.com;anovoa@slgcollect.com

District/off: 0312-3                                      User: admin                                      Page 2 of 2
Date Rcvd: Sep 26, 2024                                  Form ID: pdf903                                   Total Noticed: 1

U.S. Trustee
                       USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 6