B 2100A Form (2100A) (12/15)

# United States Bankruptcy Court

### DISTRICT OF NEW JERSEY

In Re:                                                          Case No.  2417404
KENNETH GEORGE ELLIOTT

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives
evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim
referenced in this evidence and notice.

| | |
|---|---|
| PRA Receivables Management, LLC., as agent of<br>Portfolio Recovery Associates, LLC | LendingClub Bank, NA |
| -------------------------------------------- | -------------------------------------------- |
| Name of Transferee | Name of Transferor |

| | |
|---|---|
| Name and Address where notices to transferee<br>should be sent:<br>Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk, VA 23541 | Court Claim # (if known): 27<br>Amount of Claim: $6,651.72<br>Date Claim Filed: 09/26/2024 |
| Phone: (877)829-8298<br>Last Four Digits of Acct #:  4651 | Phone:<br>Last Four Digits of Acct #: 4651 |
| Name and Address where transferee payments<br>should be sent (if different from above)<br>Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk, VA 23541 | <u>Seller Information</u><br>LENDINGCLUB CORPORATION AS SERVICER<br>FOR LENDINGCLUB BANK<br>595 MARKET STREET<br>SUITE 200<br>SAN FRANCISCO CA 94105 |
| Phone: (877)829-8298<br>Last Four Digits of Acct #: 4651 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my
knowledge and belief.

By: /s/ James Parker                                          Date: 10/9/2024
  --------------------------------------------
    Transferee/Transferee's Agent
Email: Bankruptcy_Info@prareceivables.com

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

## BILL OF SALE

LendingClub Corporation, a Delaware corporation ("**LendingClub**") and Portfolio Recovery Associates, LLC, a Delaware limited liability company ("**Buyer**") executed a Chapter 13 Account Purchase Agreement – Forward Flow dated as of June 18, 2020 ("Agreement"). The terms of the Agreement will govern this Bill of Sale and any capitalized but undefined terms herein will have the meanings given to such terms in the Agreement.

For value received and in further consideration of the mutual covenants and conditions set forth in the Agreement, the Investors referenced in the data file named ██████████████████ ████ hereby transfer(s), sell(s), conveys(s), grant(s), and deliver(s) to Buyer, its successors and assigns, without recourse except as set forth in the Agreement, to the extent of its ownership, the Accounts as set forth in the Account Schedule attached hereto as Exhibit I delivered by Seller to Buyer on the Closing Date, and as further described in the Agreement.

Pursuant to the Agreement, on September 27, 2024, the Closing Date, each Investor will sell (or cause to be sold) a pool of Accounts held by such Investors and described in the Account Schedule attached to this Bill of Sale.

LendingClub represents and warrants that each of the undersigned (other than LendingClub) has authorized LendingClub to execute this Bill of Sale on their behalf and take any action and execute any instruments or documents that LendingClub may deem reasonably necessary or advisable in connection with the transfers contemplated thereby.

Lot Number:             24-906

Total Unpaid Balance:    ███████████

Number of Accounts:      ███

DATED: September 27, 2024

SELLER: LC Trust I

By: LENDINGCLUB CORPORATION, as Administrator

By: _Drew LaBenne_____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Corporation

By: _Drew LaBenne_____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Alliant Credit Union

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
50ED75384EE849A...
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Banco Popular de Puerto Rico

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
50ED75384EE849A...
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Central Pacific Bank

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
50ED75384EE849A...
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: CIGPF I Corp.

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
50ED75384EE849A...
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Consumer Loan Underlying Bond (CLUB)
Certificate Issuer Trust I, Series 2019-42

By: LENDINGCLUB CORPORATION, as attorney-in-fact
*Drew LaBenne*
50ED75384EE849A...

By: _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Consumer Loan Underlying Bond (CLUB)
Grantor Trust 2019-P2

By: LENDINGCLUB CORPORATION, as attorney-in-fact
*Drew LaBenne*
50ED75384EE849A...

By: _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Dynamic Credit Loan Investment DAC

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
—50ED75384EE849A—
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Edge Focus Warehouse Trust 2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
—50ED75384EE849A—
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Fasanara Apex I

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
—50ED75384EE849A—
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Fasanara Apex III

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
—50ED75384EE849A—
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Forbright Bank

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
—50ED75384EE849A—
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Franklin Investors Securities Trust –
Franklin Total Return Fund

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
—50ED75384EE849A—
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: HCG Consumer Credit II Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: IBI 2023-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: IBI Consumer Credit, LP

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: ILA Capital Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Jonesboro State Bank

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Katla Ventures Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Bank

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_

Name (print): Andrew LaBenne
Title: Chief Financial Officer


SELLER: LendingClub Loan Certificate Issuer
Trust, Series 2021-NP1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_

Name (print): Andrew LaBenne
Title: Chief Financial Officer


SELLER: LendingClub Loan Certificate Issuer
Trust, Series 2022-LCX1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_

Name (print): Andrew LaBenne
Title: Chief Financial Officer


SELLER: LendingClub Loan Certificate Issuer
Trust, Series 2022-LCX3

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_

Name (print): Andrew LaBenne
Title: Chief Financial Officer


SELLER: LendingClub Loan Certificate Issuer
Trust, Series 2022-LCX4

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_

Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Loan Certificate Issuer Trust, Series 2022-NP2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_
50ED75384EE849A...
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Loan Certificate Issuer Trust, Series 2022-NP4

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_
50ED75384EE849A...
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Loan Certificate Issuer Trust, Series 2022-NP5

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_
50ED75384EE849A...
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Loan Certificate Issuer Trust, Series 2022-P1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_
50ED75384EE849A...
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Loan Certificate Issuer Trust, Series 2022-P3

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_
50ED75384EE849A...
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Loan Certificate Issuer
Trust, Series 2022-P4

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*

Name (print): Andrew LaBenne
Title: Chief Financial Officer


SELLER: LendingClub Structured Loan Certificate
Issue Trust, Series 2023-P1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*

Name (print): Andrew LaBenne
Title: Chief Financial Officer


SELLER: Lendingclub Structured Loan Certificate
Issuer Trust Series, 2023-P20

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*

Name (print): Andrew LaBenne
Title: Chief Financial Officer


SELLER: LendingClub Structured Loan Certificate
Issuer Trust, Series 2023-P10

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*

Name (print): Andrew LaBenne
Title: Chief Financial Officer


SELLER: LendingClub Structured Loan Certificate
Issuer Trust, Series 2023-P11

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*

Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Structured Loan Certificate
Issuer Trust, Series 2023-P14

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
50ED75384EE849A
Name (print): Andrew LaBenne
Title: Chief Financial Officer


SELLER: LendingClub Structured Loan Certificate
Issuer Trust, Series 2023-P17

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
50ED75384EE849A
Name (print): Andrew LaBenne
Title: Chief Financial Officer


SELLER: LendingClub Structured Loan Certificate
Issuer Trust, Series 2023-P19

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
50ED75384EE849A
Name (print): Andrew LaBenne
Title: Chief Financial Officer


SELLER: LendingClub Structured Loan Certificate
Issuer Trust, Series 2023-P2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
50ED75384EE849A
Name (print): Andrew LaBenne
Title: Chief Financial Officer


SELLER: LendingClub Structured Loan Certificate
Issuer Trust, Series 2023-P4

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
50ED75384EE849A
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Lendingclub Structured Loan Certificate Issuer Trust, Series 2023-P6

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2023-P7

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2024-P1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2024-P2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2024-SP1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Structured Loan Certificate
Issuer Trust, Series 2024-SP2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*

Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Leo Acquisitions OV Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*

Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Libra Acquisitions OV Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*

Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Lyric Acquisitions OV Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*

Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: MountainOne Bank

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*

Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: NBSF Canada 2021 Trust, Series 2021-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*

Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: NBSF II 2021 Trust, Series 2021-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
50ED75384EE849A
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: NBT Bank, National Association

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
50ED75384EE849A
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Newburyport Five Cents Savings Bank

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
50ED75384EE849A
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Oceanview LC Acquisition Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
50ED75384EE849A
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Pagaya AI Debt Grantor Trust 2021-4

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
50ED75384EE849A
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Pagaya AI Debt Grantor Trust 2022-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
50ED75384EE849A
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Pagaya AI Debt Grantor Trust 2022-2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer


SELLER: Pagaya AI Debt Grantor Trust 2022-3

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer


SELLER: Pagaya AI Debt Grantor Trust 2022-4

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer


SELLER: Pagaya AI Debt Grantor Trust 2022-6

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer


SELLER: Pagaya AI Debt Grantor Trust 2023-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer


SELLER: Pagaya AI Debt Grantor Trust 2023-2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Pagaya AI Debt Grantor Trust 2023-3

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_____
Name (print): Andrew LaBenne
Title: Chief Financial Officer


SELLER: Pagaya AI Debt Grantor Trust 2023-5

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_____
Name (print): Andrew LaBenne
Title: Chief Financial Officer


SELLER: Pagaya AI Debt Grantor Trust 2023-7

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_____
Name (print): Andrew LaBenne
Title: Chief Financial Officer


SELLER: Pagaya AI Debt Grantor Trust 2023-8

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_____
Name (print): Andrew LaBenne
Title: Chief Financial Officer


SELLER: Pagaya AI Debt Selection Grantor Trust 2020-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_____
Name (print): Andrew LaBenne
Title: Chief Financial Officer


SELLER: Pagaya AI Debt Selection Grantor Trust 2021-2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Pagaya AI Debt Selection Grantor Trust
2021-3

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Pagaya AI Debt Selection Grantor Trust
2021-HG1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Pagaya Funding Trust II

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Pagaya Funding Trust X

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Phoenix Value P2P, LP

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Popular Bank

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Sierra Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Solar Grey Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: SPC Receivables Funding II Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Theorem Grantor Trust 2021-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Theorem Grantor Trust 2022-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Theorem Grantor Trust 2022-2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Theorem Grantor Trust 2022-3

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Theorem GS Term Loan Grantor Trust I

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Theorem Main Fund Trust I

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Theorem Main Master Fund LP

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Theorem Prime+ Yield Fund Master LP

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: UMB Bank, NA, as the Ttee of PML Trust I

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Wilmington Savings Fund Society, FSB, as the Ttee for Alternative Lending Holdings Trust III

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Wilmington Savings Fund Society, FSB, as the Ttee for Diversified Alternatives Holdings Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Wilmington Savings Fund Society, FSB, as the Ttee for Loan Asset Holdings II Trust 2020-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Wilmington Savings Fund Society, FSB, as the Ttee for Loan Asset Holdings II Trust 2021-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Wilmington Savings Fund Society, FSB, as the Ttee for Loan Asset Holdings Trust 2020-2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Wilmington Savings Fund Society, FSB, as the Ttee for Loan Asset Holdings Trust 2022-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_____
50ED75384EE849A...
Name (print):_Andrew LaBenne
Title: Chief Financial Officer

SELLER: Wilmington Savings Fund Society, FSB, as the Ttee for Loan Asset Holdings Trust II 2022-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_____
50ED75384EE849A...
Name (print):_Andrew LaBenne
Title: Chief Financial Officer

SELLER: Wilmington Savings Fund Society, FSB, as the Ttee of Alternative Lending Holdings Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_____
50ED75384EE849A...
Name (print):_Andrew LaBenne
Title: Chief Financial Officer

SELLER: Wilmington Savings Fund Society, FSB, as the Ttee of Alternative Lending Holdings Trust II

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_____
50ED75384EE849A...
Name (print):_Andrew LaBenne
Title: Chief Financial Officer

SELLER: Wilmington Savings Fund Society, FSB, as the Ttee of Alternative Lending Holdings Trust IV

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_____
50ED75384EE849A...
Name (print):_Andrew LaBenne
Title: Chief Financial Officer

SELLER: Wilmington Savings Fund Society, FSB, as Ttee for Loan Asset Holdings Trust 2021 M-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_____

Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Wilmington Savings Fund Society, FSB, as Ttee for Loan Asset Holdings Trust 2021 M-2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_____

Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Wilmington Savings Fund Society, FSB, as Ttee for Loan Asset Holdings Trust II 2023-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_____

Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Wilmington Savings Fund Society, FSB, as Ttee of Loan Asset Holdings Trust 2020 M-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_____

Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Wilmington Savings Fund Society, FSB, Loan Asset Holdings Trust 2020-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_____

Name (print): Andrew LaBenne
Title: Chief Financial Officer