Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−17404−MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kenneth George Elliott
   aka Kenneth G. Elliott
   432 Eastern Blvd
   Bayville, NJ 08721

Social Security No.:
   xxx−xx−8516

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on November 27, 2024.

Dated: November 27, 2024
JAN: km

                                          Jeanne Naughton
                                          Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-17404-MEH |
| Kenneth George Elliott | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Nov 27, 2024 | Form ID: plncf13 | Total Noticed: 62 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kenneth George Elliott, 432 Eastern Blvd, Bayville, NJ 08721-3234 |
| 520357106 | + | Berkeley Township Sewerage Authority, 225 Atlantic City Blvd, Bayville, NJ 08721-1216 |
| 520340987 | + | Berkeley Twp Tax Collector, 255 Atlantic City Blvd, Bayville, NJ 08721-1216 |
| 520340992 | + | Care1st/1st Portf Vent, Po Box 1532, Austin, TX 78767-1532 |
| 520340993 | | Christina Corliss, Levinson Axelrod, PA, Attn: Danielle Mastropiero, Esq, 3641 US9 North, Howell, NJ 07731 |
| 520393160 | + | NJ Motror Vehicle Commission, POB 136, Trenton, NJ 08666-0136 |
| 520341011 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, PO Box 283, Trenton, NJ 08602 |
| 520341012 | + | State of New Jersey, Surcharge Violation System, PO Box 4850, Trenton, NJ 08650-4850 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 27 2024 20:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 27 2024 20:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: rmcdowell@slgcollect.com | Nov 27 2024 20:31:42 | First Atlantic Federal Credit Union, c/o Saldutti Law Group, 1040 Kings Highway North, Suite 100, Cherry Hill, NJ 08034-1925 |
| 520340982 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Nov 27 2024 20:40:47 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520354903 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 27 2024 20:40:45 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520342413 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 27 2024 20:41:07 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520386932 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 27 2024 20:41:09 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520340983 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 27 2024 20:30:00 | Ally Financial, Attn: Bankruptcy Dept, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 520340984 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 27 2024 20:30:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 520340985 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 27 2024 20:40:44 | Ally Lending, PO Box 653074, Dallas, TX 75265-3074 |
| 520340986 | + | Email/Text: bk@avant.com | Nov 27 2024 20:32:00 | Avant LLC, Attn: Bankruptcy, 222 W Mechandise |

Case 24-17404-MEH   Doc 28   Filed 11/29/24   Entered 11/30/24 00:15:50   Desc Imaged
                            Certificate of Notice   Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 27, 2024 | Form ID: plncf13 | Total Noticed: 62 |

| Recipient ID | | Notice Type | Date/Time | Address |
|---|---|---|---|---|
| 520371787 | ^ | MEBN | Nov 27 2024 20:32:40 | Mart Plaza , Ste 900, Chicago, IL 60654-1105<br>BMO Bank N.A., P.O. Box 6150, Carol Stream, IL 60197-6150 |
| 520348955 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 27 2024 20:51:17 | BMO Bank N.A., AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520340988 | ^ | MEBN | Nov 27 2024 20:31:11 | BMO Harris Bank, Attn: Bankruptcy, 99 W Washington St, Chicago, IL 60602-2998 |
| 520340989 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 27 2024 20:41:01 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520372038 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 27 2024 20:40:56 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520340994 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 27 2024 20:41:08 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520397506 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 27 2024 20:40:48 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520340995 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 27 2024 20:31:00 | Comenity Capital Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520340996 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 27 2024 20:41:09 | Costco Citi Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 520411917 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Nov 27 2024 20:31:00 | AmeriSave Mortgage Corporation, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8645 |
| 520340998 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Nov 27 2024 20:31:00 | Dovenmuehle Mortgage, Inc., Attn: Bankruptcy, 1 Corporate Dr. St 360, Lake Zurich, IL 60047 |
| 520348964 | | Email/Text: mrdiscen@discover.com | Nov 27 2024 20:30:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520340997 | + | Email/Text: mrdiscen@discover.com | Nov 27 2024 20:30:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520340999 | | Email/Text: assetrecovery@fafcu.com | Nov 27 2024 20:31:00 | First Atlantic Fcu, 100 Monmouth Park, West Long Branch, NJ 07764 |
| 520341000 | | Email/Text: assetrecovery@fafcu.com | Nov 27 2024 20:31:00 | First Atlantic Fcu, 1580 Rte 9 Ste 22, Toms River, NJ 08755 |
| 520385511 | + | Email/Text: rmcdowell@slgcollect.com | Nov 27 2024 20:31:42 | First Atlantic Federal Credit Union, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 520341002 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 27 2024 20:31:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520377727 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 27 2024 20:32:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520341003 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 27 2024 20:30:00 | Kohl's, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 520341004 | + | Email/Text: Documentfiling@lciinc.com | Nov 27 2024 20:31:00 | Lending Club, Attn: Bankruptcy, 595 Market St, San Francisco, CA 94105-2802 |
| 520403939 | + | Email/Text: Documentfiling@lciinc.com | Nov 27 2024 20:31:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 520401664 | + | Email/Text: bankruptcy@bbandt.com | Nov 27 2024 20:31:00 | LightStream, a division of Truist Bank, P.O. Box 1847, Wilson, NC 27894-1847 |
| 520385097 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 27 2024 20:40:46 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520341006 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |

|  |  |  |  |
|---|---|---|---|
|  |  | Nov 27 2024 20:40:42 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 520418398 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 27 2024 20:40:45 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 520418399 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 27 2024 20:40:49 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 520412610 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 27 2024 20:40:55 | Portfolio Recovery Associates, LLC, c/o Bjs, POB 41067, Norfolk VA 23541 |
| 520341007 | Email/Text: ProsperBK@prosper.com | Nov 27 2024 20:31:00 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105 |
| 520354902 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 27 2024 20:41:08 | Pagaya Ai Debt Grantor Trust 2022-3, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520402790 | Email/Text: bnc-quantum@quantum3group.com | Nov 27 2024 20:31:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 520367302 | Email/Text: bnc-quantum@quantum3group.com | Nov 27 2024 20:31:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 520366152 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 27 2024 20:40:45 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520341009 | ^ MEBN | Nov 27 2024 20:31:29 | Service Finance Company, Attn: Bankruptcy, Po Box 2935, Gainesville, GA 30503-2935 |
| 520413070 | Email/Text: bankruptcy@bbandt.com | Nov 27 2024 20:31:00 | Service Finance Company, a division of Truist Bank, PO Box 1847, Wilson, NC 27894-1847 |
| 520341010 | ^ MEBN | Nov 27 2024 20:31:41 | Sofi Lending Corp/MOHELA, Attn: Bankruptcy, Po Box 1022, Chesterfield, MO 63006-1022 |
| 520341013 | + Email/PDF: ais.sync.ebn@aisinfo.com | Nov 27 2024 20:40:59 | Syncb/Verizon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520409878 | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 27 2024 20:40:54 | Synchrony Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520341014 | + Email/PDF: ais.sync.ebn@aisinfo.com | Nov 27 2024 20:51:45 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520341015 | + Email/PDF: ais.sync.ebn@aisinfo.com | Nov 27 2024 20:40:55 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520341016 | + Email/PDF: ais.sync.ebn@aisinfo.com | Nov 27 2024 20:41:07 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520341017 | + Email/PDF: ais.sync.ebn@aisinfo.com | Nov 27 2024 20:40:55 | Synchrony/Car Care AAMCO, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520341018 | + Email/Text: bankruptcy@bbandt.com | Nov 27 2024 20:31:00 | Truist Bank, Mail Code VA-RVW-6290 POB 85092, Richmond, VA 23286-0001 |
| 520341019 | Email/Text: bknotice@upgrade.com | Nov 27 2024 20:30:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |

TOTAL: 54

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID      Bypass Reason   Name and Address**

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Nov 27, 2024 | Form ID: plncf13 | Total Noticed: 62 |

| | | |
|---|---|---|
| 520340990 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520340991 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520341001 | *P++ | FIRST ATLANTIC FEDERAL CREDIT UNION, 468 INDUSTRIAL WAY WEST, EATONTOWN NJ 07724-2210, address filed with court:, First Atlantic Fcu, 100 Monmouth Park, West Long Branch, NJ 07764 |
| 520341005 | *+ | Lending Club, Attn: Bankruptcy, 595 Market St, San Francisco, CA 94105-2802 |
| 520431187 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o Bjs, POB 41067, Norfolk VA 23541 |
| 520341008 | *P++ | PROSPER MARKETPLACE INC, 221 MAIN STREET STE 300, SAN FRANCISCO CA 94105-1909, address filed with court:, Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor AmeriSave Mortgage Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Lee Martin Perlman | on behalf of Debtor Kenneth George Elliott ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Rebecca K. McDowell | on behalf of Creditor First Atlantic Federal Credit Union rmcdowell@slgcollect.com  anovoa@slgcollect.com |
| Robert L. Saldutti | on behalf of Creditor First Atlantic Federal Credit Union rsaldutti@salduticollect.com lmarciano@salduticollect.com;anovoa@slgcollect.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6